## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

JEREMY WAYNE GLADDEN                                          PLAINTIFF

V.                        CASE NO. 2:24-CV-2110

CAPTAIN MICHAEL HUBER
and INVESTIGATOR DEREK ROGERS
(BOTH OF JOHNSON COUNTY, ARKANSAS)                          DEFENDANTS

AND

JEREMY WAYNE GLADDEN                                          PLAINTIFF

V.                        CASE NO. 2:24-CV-2089

SHERIFF DEPUTY JASON COLE;
SHERIFF TIM HUGHES; and
SHERIFF DEPUTY JOSHUA HEIDELBERG
(ALL OF JOHNSON COUNTY, ARKANSAS)                           DEFENDANTS

## JUDGMENT

For the reasons explained in the Order filed this day, **IT IS HEREBY ORDERED**

**AND ADJUDGED** that the above-captioned cases are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 28th day of July, 2026.

/s/ Timothy L. Brooks_____
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE